**CHRISTENSEN JAMES & MARTIN**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1  **CHRISTENSEN JAMES & MARTIN**
   KEVIN B. CHRISTENSEN, ESQ. (175)
2  WESLEY J. SMITH, ESQ. (11871)
   KEVIN A. ARCHIBALD, ESQ. (13817)
3  7440 W. Sahara Avenue
   Las Vegas, Nevada 89117
4  Telephone: (702) 255-1718
   kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com
5  *Attorneys for Plaintiffs Boards of Trustees of
   the Cement Masons and Plasterers Joint Trust Funds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST, BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST, AND BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT APPRENTICESHIP TRAINING TRUST;<br><br>Plaintiffs,<br><br>vs.<br><br>RECREATION DEVELOPMENT COMPANY, LLC, a Nevada limited liability company; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; S R CONSTRUCTION, INC., a Nevada corporation; ALBERT E. NELSON, an individual; JEFFREY A. WHITTLE, an individual; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01315-JAD-CWH<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND MOTION TO PERMIT SERVICE BY ALTERNATIVE MEANS** |

The Court, having considered Plaintiffs' Motion to Enlarge Time for Service of Process

1  and Motion to Permit Service by Alternative Means (collectively "Motion"), together with Points
2  and Authorities, Declaration of Counsel and Exhibits in support of said Motion, it appearing
3  therefore that a proper Complaint has been filed and that Plaintiffs have exercised due diligence
4  in attempting to locate and serve the Defendant Jeffrey A. Whittle and Good Cause Appearing
5  therefore,

6      IT IS HEREBY ORDERED, that the time for service of process upon Defendant Jeffrey
7  A. Whittle is extended to December 10, 2016.

8      IT IS FURTHER ORDERED, that Defendant Jeffrey A. Whittle may be served by
9  Certified Mail or Registered Mail, return receipt requested, addressed to said Defendant and for
10 delivery to said Defendant only. Such service shall be effective upon return receipt showing
11 acceptance by the Defendant.

13     DATED and DONE this August 23 _____, 2016.

16     _____
    UNITED STATES MAGISTRATE JUDGE

18 Submitted By:

19 CHRISTENSEN JAMES & MARTIN

20 By: /s/ Wesley J. Smith

21 Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*