**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
KEVIN B. ARCHIBALD, ESQ. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com
*Attorneys for Painters and Floorcoverers Joint Committee
and Cement Masons and Plasterers Joint Trust Funds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE;<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-01301-JCM-NJK<br><br>**CONSOLIDATED WITH:**<br><br>Case No.: 2:16-cv-01315-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, *et al.*;<br><br>Plaintiffs,<br><br>vs.<br><br>RECREATION DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Defendants. | |

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

Plaintiffs and Defendants (collectively referred to as "Parties"), each acting through their respective undersigned counsel, hereby stipulate and agree as follows:

1. All claims asserted by Plaintiff Board of Trustees of Painters & Floorcoverers Joint Committee in Case No. 2:16-cv-01301-JCM-NJK are dismissed with prejudice;

2. All claims asserted by Plaintiffs Board of Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Board of Trustees of the Cement Masons and Plasterers Joint Pension Trust, Board of Trustees of the Cement Masons and Plasterers Vacation Saving Trust, and Board of Trustees of the Cement Masons and Plasterers Joint Apprenticeship Training Trust in Case No. 2:16-cv-01315-JCM-CWH are dismissed with prejudice;

3. All crossclaims asserted by Defendant Recreation Development Company, LLC in Case No. 2:16-cv-01301-JCM-NJK and Case No. 2:16-cv-01315-JCM-CWH are dismissed without prejudice;

4. All crossclaims asserted by Defendant SR Construction, Inc. in Case No. 2:16-cv-01301-JCM-NJK and Case No. 2:16-cv-01315-JCM-CWH are dismissed without prejudice;

5. All claims in the consolidated cases having been dismissed, Case No. 2:16-cv-01301-JCM-NJK and Case No. 2:16-cv-01315-JCM-CWH are dismissed; and

6. Each party shall bear its own attorney's fees and costs, except that Great American Insurance Company reserves its right to be reimbursed and indemnified from Defendants Recreation Development Company, LLC, Jeffrey A. Whittle, Shelley K. Whittle, and Albert E. Nelson against the fees and costs it has incurred in this action as set forth in a settlement agreement between the Parties.

[SIGNATURES ON FOLLOWING PAGE]

Dated this 14th day of April, 2017.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN** | **THE FAUX LAW GROUP** |
| By: /s/ Wesley J. Smith | By: /s/ Leland K. Faux |
| Wesley J. Smith, Esq. (SBN 11871) | Leland K. Faux, Esq. (SBN 12206) |
| 7440 W. Sahara Avenue | 1540 W. Warm Springs Rd., #100 |
| Las Vegas, Nevada 89117 | Henderson, NV 89014 |
| *Attorneys for Painters and Floorcoverers Joint Committee and Cement Masons and Plasterers Joint Trust Funds* | *Attorneys for Great American Insurance Company* |
| **KERR LAW OFFICES** | **LAW OFFICE OF JOHN W. THOMSON** |
| By: /s/ P. Sterling Kerr | By: /s/ John W. Thomson |
| P. Sterling Kerr, Esq. (SBN 3978) | John W. Thomson, Esq. (SBN 5802) |
| 2450 St. Rose Pkwy., #120 | 2450 St. Rose Parkway, Suite 120 |
| Henderson, NV 89074 | Henderson, NV 89074 |
| *Attorneys for Recreation Development Company, LLC, Jeffrey A. Whittle, and Shelley K. Whittle* | *Attorneys for Albert Nelson* |

**ALLISON LAW FIRM**

By: /s/ Noah G. Allison
Noah G. Allison, Esq. (SBN 6202)
3191 E. Warm Springs Rd.
Las Vegas, NV 89120
*Attorneys for S R Construction, Inc.*

**IT IS SO ORDERED.**

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2017

Submitted by:
**CHRISTENSEN JAMES & MARTIN**
By: /s/ Wesley J. Smith
Wesley J. Smith, Esq. (SBN 11871)
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin.  On the date of filing the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:   Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ ELECTRONIC MAIL:   By sending the above-referenced document via electronic mail to those persons and those addresses listed below:

**CHRISTENSEN JAMES & MARTIN**

By: ___*/s/ Natalie Saville*___